Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
Jodi-Ann McLane (*pro hac vice* forthcoming)
jmclane@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Hyper Ice, Inc. and Hyperice IP Subco, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYPER ICE, INC. and HYPERICE IP SUBCO, LLC, <br><br> *Plaintiffs* <br><br> v. <br><br> E HUNG TAT INTERNATIONAL GROUG CO., LIMITED d/b/a JQX-US and JINYUN LIGE TECHNOLOGY CO., LTD. d/b/a JINYUNLIGEKEJI, <br><br> *Defendants* | 25-cv-3643 (VSB) <br><br><br> **UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: July 7, 2025

1