UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
 HYPER ICE, INC., *et al.*,                                 :
                                                            :
                              Plaintiffs,                   :
                                                            :      25-CV-3643 (VSB)
                    -against-                               :
                                                            :           **ORDER**
 E HUNG TAT INTERNATIONAL GROUP                             :
 CO., LIMITED, *et al.*,                                    :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On May 22, 2025, I issued a Temporary Restraining Order ("TRO" or "Order"). On May 30, 2025, I extended the TRO to June 30, 2025, and scheduled a preliminary-injunction hearing for June 30, 2025 at 3 p.m.

It has been reported to the Court that the parties agree to extend the TRO and to adjourn the preliminary-injunction hearing for two weeks. Accordingly, it is hereby:

ORDERED that the TRO is extended and will remain in effect until Tuesday, July 15, 2025 pending the hearing and determination of Plaintiffs' Application for a preliminary injunction. The hearing date and related briefing schedule are modified as follows: The hearing established in Section II.A of the Order is adjourned to July 15, 2025 at 4:30 p.m. The deadline for the submission of oppositions set forth in Section II.B of the Order is extended to July 7, 2025. The deadline for the submission of any reply papers set forth in Section II.B of the Order is extended to July 11, 2025. All other provisions of the TRO remain in full force and effect. Plaintiffs are hereby ordered to serve this order on Defendants.

SO ORDERED.

Dated: June 27, 2025
     New York, New York

_____
Vernon S. Broderick
United States District Judge