**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HYPER ICE, INC., *et al.*,

                        Plaintiffs,                    **ORDER**

           -against-                    **25-CV-3643 (VSB) (JW)**

E HUNG TAT INTERNATIONAL
GROUP CO., LIMITED, *et al.*,

                        Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

An Initial Case Management Telephone Conference was scheduled for May 13, 2026 at 10:30 AM. While Plaintiffs were present, Defendants did not join the meeting. To that end, Defendants are to file a letter by **May 15, 2026** explaining their absence.

SO ORDERED.

DATED:    New York, New York
             May 13, 2026

                                    *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge