**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HYPER ICE, INC., *et al.*,

                           Plaintiffs,                     **ORDER**

          -against-                          **25-CV-3643 (VSB) (JW)**

E HUNG TAT INTERNATIONAL
GROUP CO., LIMITED, *et al.*,

                        Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of (1) Plaintiff's letter noting Defendants' failure to confer regarding the case management plan (Dkt. No. 47) and (2) defense counsel's letter regarding his absence from the May 13 ICMC (Dkt. No. 50). Defense counsel asserts that he did not attend the ICMC because "Defendants have instructed counsel to cease further litigation efforts." Dkt. No. 50. Defense counsel's failure to confer with his adversary regarding the case management plan and to attend the ICMC is unacceptable. Defense counsel is reminded that he is required to comply with Court orders per his ethical obligations unless and until he moves to withdraw from the case and the Court grants that request.

To that end, the parties are required to meet and confer and complete the Proposed Case Management Plan and Report of Rule 26(f) Meeting by **June 5, 2026**.

SO ORDERED.

DATED:     New York, New York
           May 15, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge