UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :

HYPER ICE, INC., *et al.*,          :

                                           :

                   Plaintiffs,  :

                                         :          25-CV-3643 (VSB) (JW)

          - against -        :

                                         :               **ORDER**

E HUNG TAT INTERNATIONAL GROUP  :
CO., LIMITED, *et al.*,      :

                                         :

                  Defendants.  :

                                         :
-----------------------------------------------------------X
VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement in

principle.  (Doc. 52.)  Accordingly, it is hereby:

       ORDERED that all case deadlines are adjourned *sine die* and the above-captioned action

is discontinued without costs to any party and without prejudice to restoring the action to this

Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:       June 5, 2026
             New York, New York

                                   Vernon S. Broderick
                                   United States District Judge